UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

-------------------------------------------------------------------------x
Linnea Connot individually and on behalf of all others similarly situated;

                     Plaintiff,

    -v.-

Smith and Smith Investors, Ltd. doing business as Hawkeye Adjustment and Collections and John Does 1-25

                     Defendants.
-------------------------------------------------------------------------x

Civil Action No:
2:21-cv-43

## NOTICE OF SETTLEMENT

     Please take notice that the Parties have settled the above-referenced case.  This settlement is contingent upon the execution of a written settlement agreement.  The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice.  Please vacate all currently scheduled dates for this case.

DATED, this 13th day of May, 2021

                                             */s/Raphael Deutsch*
                                             Raphael Deutsch, Esq.
                                             **Stein Saks, PLLC**
                                             285 Passaic Street
                                             Hackensack, NJ 07601
                                             Ph: 201-282-6500
                                             rdeutsch@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 13, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                     */s/ Raphael Deutsch*
                                                     Raphael Deutsch, Esq.