United States District Court
Southern District of Texas
**ENTERED**
May 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LINNEA CONNOT, § § Plaintiff, § VS. § § SMITH AND SMITH INVESTORS LTD.; § dba HAWKEYE ADJUSTMENT AND § COLLECTIONS, *et al*, § § Defendants. § § | CIVIL ACTION NO. 2:21-CV-43 |

### ORDER

The parties have announced to the Court that all matters in dispute and controversy have been settled. (D.E. 25). The parties seek thirty days to finalize dismissal documents. Therefore, the parties are **ORDERED** to file with this Court, on or before **July 16, 2021**, appropriate documents seeking the dismissal of this matter.

Should the parties fail to timely file such documents with this Court, the parties are **ORDERED** to appear before the undersigned on **July 21, 2021 at 10:30 a.m.** to explain why they have failed to comply with this Order. It is further **ORDERED** that all current settings before the Court are **CANCELED**.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
    May 17, 2021